```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
                   CASE NO. 11-20460-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

YOUANNY OLIVERA-GARCIA,

        Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Jonathan Goodman, on August 25, 2011. A Report and Recommendation filed on September 8, 2011 Recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Jonathan Goodman, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Counts One, Three and Five of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of November, 2011.

                                                _____
                                                DONALD L. GRAHAM
                                                UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Goodman
        Helaine Blythe-Batoff, AFPD
        Kelly Karase, AUSA
```